Dennis M. Cusack, Esq. (State Bar No. 124988)
  dcusack@fbm.com
Tyler C. Gerking, Esq. (State Bar No. 222088)
  tgerking@fbm.com
Unnati Gandhi, Esq. (State Bar No. 278340)
  ugandhi@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiffs
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br>　　　　　Defendant. | Case No. 3:14-cv-03935-MEJ<br><br>**ORACLE AMERICA, INC.'S REQUEST FOR [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:　　　Hon. Maria-Elena James<br>Courtroom:　B<br><br>Complaint Filed:　August 29, 2014 |

WHEREAS, Plaintiff Oracle America, Inc. ("Plaintiff") filed its Complaint for Breach of Contract and Declaratory Relief on August 29, 2014.

WHEREAS, Plaintiff has not yet served Defendant National Union Fire Insurance Company of Pittsburgh, PA ("Defendant") with summons in this matter and, thus, Defendant has not yet appeared in this case.

WHEREAS, the Plaintiff and Defendant (the "Parties") have agreed to mediate this case with David Geronemus of JAMS in New York City on December 2, 2014;

WHEREAS, Defendant has requested that Plaintiff not serve the complaint until after the December 2, 2014 mediation, and Plaintiff has agreed to Defendant's request to facilitate the mediation;

WHEREAS, a Case Management Conference is scheduled to take place on December 4,

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ORACLE'S REQUEST TO CONTINUE CMC
Case No. 3:14-cv-03935-MEJ

-1-

23916\4558164.1

1  2014 at 10 a.m.

2  WHEREAS, the joint case management conference statement will depend on progress
3  made by the Parties at mediation.

4  THEREFORE, to allow the Parties to participate the mediation currently scheduled for
5  December 2, 2014, Plaintiff hereby REQUESTS THE COURT TO APPROVE that the Case
6  Management Conference be continued to January 15, 2015 at 10 a.m.

7
8  Dated: September 24, 2014                    Respectfully submitted,

   FARELLA BRAUN + MARTEL LLP
9
10                                              By: /s/ Tyler C. Gerking
                                                    Tyler C. Gerking
11                                                  Attorneys for Plaintiff Oracle America, Inc.

12
13                            **[PROPOSED] ORDER**

   Pursuant to Plaintiff Oracle America, Inc.'s request, and good cause appearing therefore,
14
15 IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for December 4,

16 2014 at 10 a.m. is continued to January 15, 2015 at 10 a.m.

17  **PURSUANT TO REQUEST, IT IS SO ORDERED.**

18
19
20  DATED:  September 24, 2014

                                                _____
                                                Judge Maria-Elena James
                                                UNITED STATES DISTRICT COURT
                                                NORTHERN DISTRICT OF CALIFORNIA

21
22
23
24
25
26
27
28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ORACLE'S REQUEST TO CONTINUE CMC
Case No. 3:14-cv-03935-MEJ                - 2 -                          23916\4558164.1