Dennis M. Cusack, Esq. (State Bar No. 124988)
 dcusack@fbm.com
Tyler C. Gerking, Esq. (State Bar No. 222088)
 tgerking@fbm.com
Unnati Gandhi, Esq. (State Bar No. 278340)
 ugandhi@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiffs
ORACLE AMERICA, INC.

> GRANTED
> Judge Maria-Elena James
>
> The parties' request to extend all currently scheduled deadlines is GRANTED. All deadlines are extended to April 1, 2015. The Case Management Conference scheduled 1/15/2015 is VACATED.
> Dated:   December 24, 2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br>                       Defendant. | Case No.  3:14-cv-03935-MEJ<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Oracle America, Inc. ("Plaintiff") hereby notifies the Court that, during a mediation conducted by David Geronemus on December 2, 2014, the parties reached an agreement to settle and dismiss the above-captioned lawsuit in its entirety.  On December 23, 2014, the parties executed a final settlement agreement and release, which calls for the dismissal with prejudice of this action within three business days after the settlement becomes effective.

The settlement will become effective no later than March 23, 2015, depending on the parties' performance of certain obligations under the agreement.  As a result, Plaintiff may not be in a position to dismiss this action with prejudice until March 26, 2015.

Accordingly, Plaintiff respectfully requests that the Court extend all currently set deadlines beyond March 26, 2015, including the deadline set for December 29, 2014 for Plaintiff to serve the complaint in this action.  When the settlement becomes effective, Plaintiff will file a

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF SETTLEMENT
Case No. 3:14-cv-03935-MEJ                              -1-                                            23916\4678860.1

Case 3:14-cv-03935-MEJ   Document 8   Filed 12/24/14   Page 2 of 2

1   Notice of Dismissal with Prejudice.

2

3   Dated: December 23, 2014                FARELLA BRAUN + MARTEL LLP

4

5                                           By: /s/ Tyler C. Gerking
                                                Dennis M. Cusack
6                                               Tyler C. Gerking
                                                Unnati Gandhi
7
                                            Attorneys for Plaintiffs
8                                           ORACLE AMERICA, INC.
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF SETTLEMENT
Case No. 3:14-cv-03935-MEJ                - 2 -                             23916\4678860.1