1  Dennis M. Cusack, Esq. (State Bar No. 124988)
      dcusack@fbm.com
2  Tyler C. Gerking, Esq. (State Bar No. 222088)
      tgerking@fbm.com
3  Unnati Gandhi, Esq. (State Bar No. 278340)
      ugandhi@fbm.com
4  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Plaintiff
   ORACLE AMERICA, INC.

GRANTED
Judge Maria-Elena James

DATED: 3/19/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br>                          Defendant. | Case No.  3:14-cv-03935-MEJ<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge:               Hon. Maria Elena-James<br>Complaint Filed:    August 29, 2014 |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ORACLE AMERICA, INC. dismisses the above-captioned lawsuit with prejudice, with each party to bear her/its own costs and fees associated with this lawsuit.

Dated: March 19, 2015                              FARELLA BRAUN + MARTEL LLP


                                                   By: /s/ Tyler C. Gerking
                                                       Dennis M. Cusack
                                                       Tyler C. Gerking
                                                       Unnati Gandhi


                                                   Attorneys for Plaintiff
                                                   ORACLE AMERICA, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF DISMISSAL WITH PREJUDICE
CASE NO. 3:14-CV-03935-MEJ                          -1-                              23916\4803923.1